IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS (*Hawaii Laborers' Health and Welfare Trust Funds* by its Trustees Ron Prescott, Robert Tasaka, Anacleto Alcantra, Larry Lum, Russell Nonaka, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, and Joby North II; *Hawaii Laborers' Pension Trust Fund* by its Trustees Anacleto Alcantra, Randall Ching, Cedric Ota, Leonard Leong, Claude C. Matsumoto, Alan Shintani, Fred Lau, Karl Kamada, Joby North II, Mark Matsumoto, Peter Ganaban, Pete Lindsey, Alfonso Oliver, Richard Nishi, and Narzi Guzon; *Hawaii Laborers' Apprenticeship and Training Trust Fund* by its Trustees, Kenneth Kobatake, Warren Leong, Leonard Dempsey, Mark Tamashiro, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, and Leimomi Johnson; *Hawaii Laborers' Vacation & Holiday Trust Fund* by its Trustees, Clay Asato, Burt Watanabe, Anacleto Alcantara, Audrey Hidano, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban; *Hawaii Laborers' Annuity Trust Fund* by its Trustees Ryan Wada, Anacleto Alcantra, Clay Asato, Audrey Hidano, Craig Nakanishi, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, Joby North II, and Richard Nishie; *Hawaii Laborers and Employers Cooperative and* | CIVIL 14-00526 HG-BMK |

| | |
|---|---|
| *Education Trust Fund* by its Trustees Kenneth Kobatake, Warren Leong, Leonard Dempsey, Mark Tamashiro, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, and Leimomi Johnson), | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| RON'S CONCRETE SPECIALISTS, LTD., a Hawaii | )<br>)<br>) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 13)

Findings and Recommendations having been filed and served on all parties on March 21, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT PLAINTFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT RON'S

//

//

//

CONCRETE SPECIALISTS, LTD. (ECF No. 13), a Hawaii corporation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



    /s/ Helen Gillmor
Helen Gillmor
United States District Judge